1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SCOTT JOHNSON,

11          Plaintiff,                    No. CIV S-10-1646 WBS KJM PS

12      vs.

13  TAHOE BLUE STAR, LLC, et al.,

14          Defendants.                   ORDER

15  _____/

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).
17  Defendant Tahoe Blue Star, LLC filed a request for stay. There is no indication that the request
18  is signed by a person who is an attorney. It is well established that "a corporation may appear in
19  the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506
20  U.S. 194, 202 (1993). Defendant will therefore be granted thirty days leave to obtain counsel.
21          The request for stay uses a state court procedural form and is not in conformance
22  with the Federal Rules of Civil Procedure, which govern this federal action. Any requests
23  pertaining to scheduling may be addressed at the status conference set for January 19, 2011.
24  /////
25  /////
26  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendant Tahoe Blue Star, LLC is directed to obtain counsel. Failure to comply with this order may result in the striking of any answer filed pro se on behalf of this defendant.

2. Defendant's motion to stay (docket no. 9) is denied.

DATED: September 23, 2010.

006
johnson-tahoe.corp

U.S. MAGISTRATE JUDGE