SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Tahoe Blue Star, LLC, et al<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-01646(PS) -WBS-KJM<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed:  JUNE 28, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1 | Dated:  October 5, 2010

2 | /s/Michael Murphy_____

3 | MICHAEL MURPHY,

4 | On Behalf of Tahoe Blue Star, LLC,

5 | Defendant

9 | Dated:  October 5, 2010                    DISABLED ACCESS PREVENTS

10 | INJURY, INC.

12 | /s/Scott N. Johnson_____
13 | SCOTT N. JOHNSON,
    | Attorney for Plaintiff

18 | **IT IS SO ORDERED**.

20 | Dated:   October 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE